**No. 56835.**—Wesley & Winter, Inc., et al. v. United States, protests 152878–K, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of paper napkins the same in all material respects (except that they are of crepe paper) as those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A.123, C. A. D. 474). Upon the agreed statement of facts and following the cited authority, it was held that the merchandise entered prior to January 1, 1948, is dutiable at 30 percent under paragraph 1413, and that which was entered subsequent to said date is dutiable at 15 percent under said paragraph, as modified, *supra*.

**No. 56836.**—Wesley & Winter, Inc. v. United States, protests 166304–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper napkins the same in all material respects (except that they are of crepe paper) as those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A.123, C. A. D. 474), the claim of the plaintiff was sustained.